IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) DOCKET NO.: 3:20-cv-00152 |
| v. | ) JUDGE: ALETA A. TRAUGER |
| LESLY NOLASCO d/b/a JOYERIA Y PERFUMERIA LESLY, | ) JURY DEMAND<br>) |
| MJC INSURANCE GROUP, LLC, | ) |
| LEON WRIGHT, | ) |
| Defendants. | ) |

**JOINT MOTION OF PARTIES TO DISMISS ALL ACTIONS INVOLVING METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY**

Come now the parties, as evidenced by the signatures of respective counsel hereto, and move this Honorable Court for an Order dismissing the actions of Metropolitan Property & Casualty Insurance Company against Lesly Nolasco d/b/a Joyeria Y Perfumeria Lesly, MJC Insurance Group, LLC, and Leon Wright, and the Counter-Claim of Lesly Nolasco d/b/a Joyeria Y Perfumeria Lesly against Metropolitan Property & Casualty Insurance Company with prejudice. All matters among the parties involving Metropolitan Property & Casualty Insurance

1

Company have been resolved. This Motion does not affect the Cross-Claim of Lesly Nolasco d/b/a Joyeria Y Perfumeria Lesly, versus MJC Insurance Group, LLC and Leon Wright. An Agreed Order, signed by counsel of all parties, is submitted contemporaneously with this Motion.

Respectfully submitted:

**/S/MICHAEL P. MILLS**
**MICHAEL P. MILLS, BPR #10551**
MILLS & COOPER
1896 General George Patton Drive
Suite 700
Franklin, TN 37067
615-221-8218
**Michaelmills@millscooper.comcastbiz.net**
*Attorney for Plaintiff Metropolitan Property & Casualty Insurance Company*

**/S/NATHANIEL M. COLBURN**
**NATHANIEL M. COLBURN, BPR # 028488**
801 5th Ave. South, Suite 201
Nashville, TN 37203
615-255-1212
**nc@rc-lawgroup.com**
*Attorney for Defendant Lesly Nolasco d/b/a Joyeria Y Perfumeria Lesly*

**/S/STEVEN W. KEYT**
**STEVEN W. KEYT, BPR # 009200**
200 W. Martin Luther King Blvd.
Suite 300
Chattanooga, TN 37402
423-541-3491
**Stevekeyt@keytlawfirm.com**
*Attorney for Defendants MJC Insurance Group, LLC and Leon Wright*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing has been served electronically via the Court's ECF filing system on this 20th day of October, 2020, to:

Steven W. Keyt
200 W. Martin Luther King Blvd.
Suite 300
Chattanooga, TN 37402
Email:    Stevekeyt@keytlawfirm.com
*Attorney for Defendants MJC Insurance Group, LLC and Leon Wright*


Nathaniel M. Colburn
801 5th Ave. South, STE 201
Nashville, TN 37203
Email:    nc@rc-lawgroup.com
*Attorney for Defendant Lesly Nolasco d/b/a Joyeria Y Perfumeria Lesly*


                                            **/S/MICHAEL P. MILLS**
                                            **MICHAEL P. MILLS**