# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | DOCKET NO.: 3:20-cv-00152 |
| v. ) ) | JUDGE: ALETA A. TRAUGER |
| LESLY NOLASCO d/b/a JOYERIA Y PERFUMERIA LESLY, ) ) ) | JURY DEMAND |
| MJC INSURANCE GROUP, LLC, ) ) | |
| LEON WRIGHT, ) ) | |
| Defendants. ) | |

___

## AGREED ORDER TO DISMISS ALL ACTIONS INVOLVING METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY

___

The parties having submitted a Joint Motion to Dismiss all causes of action involving Metropolitan Property & Casualty Insurance Company with prejudice, the Court finds the Motion to be well-taken;

It is, therefore, **ORDERED**:

1. The original causes of action brought by Metropolitan Property & Casualty Insurance Company against Lesly Nolasco d/b/a Joyeria Y Perfumeria

1

Lesly, MJC Insurance Group, LLC, and Leon Wright are hereby dismissed with prejudice;

2. The Counter-Claim brought by Lesly Nolasco d/b/a Joyeria Y Perfumeria Lesly against Metropolitan Property & Casualty Insurance Company is hereby dismissed with prejudice; and

3. This Order does not affect the Cross-Claim brought by Lesly Nolasco d/b/a Joyeria Y Perfumeria Lesly against MJC Insurance Group, LLC and Leon Wright.

ENTERED this \_\_\_ day of _____, 2020.

_____
**ALETA A. TRAUGER**
**U.S. District Court Judge**

2

Case 3:20-cv-00152   Document 31   Filed 10/20/20   Page 2 of 4 PageID #: 222

Approved for Entry:

**/S/MICHAEL P. MILLS**
**MICHAEL P. MILLS, BPR #10551**
MILLS & COOPER
1896 General George Patton Drive
Suite 700
Franklin, TN 37067
615-221-8218
**Michaelmills@millscooper.**
**comcastbiz.net**

*Attorney for Plaintiff*
*Metropolitan Property & Casualty*
*Insurance Company*


**/S/NATHANIEL M. COLBURN**
**NATHANIEL M. COLBURN, BPR # 028488**
801 5th Ave. South
Suite 201
Nashville, TN 37203
615-255-1212
**nc@rc-lawgroup.com**

*Attorney for Defendant*
*Lesly Nolasco d/b/a*
*Joyeria Y*
*Perfumeria Lesly*


**/S/STEVEN W. KEYT**
**STEVEN W. KEYT, BPR # 009200**
200 W. Martin Luther King Blvd.
Suite 300
Chattanooga, TN 37402
423-541-3491
**Stevekeyt@keytlawfirm.com**

*Attorney for Defendants*
*MJC Insurance Group, LLC*
*and Leon Wright*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing has been served electronically via the Court's ECF filing system on this 20th day of October, 2020, to:

Steven W. Keyt
200 W. Martin Luther King Blvd.
Suite 300
Chattanooga, TN 37402
Email:    Stevekeyt@keytlawfirm.com
*Attorney for Defendants MJC Insurance Group, LLC and Leon Wright*


Nathaniel M. Colburn
801 5th Ave. South, STE 201
Nashville, TN 37203
Email:    nc@rc-lawgroup.com
*Attorney for Defendant Lesly Nolasco d/b/a Joyeria Y Perfumeria Lesly*


                                      **/S/MICHAEL P. MILLS**
                                      **MICHAEL P. MILLS**